JOSEPH LINDNER, Suing on Behalf of Himself and All Other Stockholders of HILO VARNISH CORPORATION Similarly Situated, Plaintiff, v. HILO VARNISH CORPORATION and Others, Respondents; HERMAN UEHLINGER, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

EDWARD K. MACRUM and Others, Appellants, v. RICHARD W. HAWKINS and Others, Individually and Also as Constituting the Board of Supervisors of the County of Suffolk, and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

ANNIE MALMUD, as Executrix, etc., of NATHAN MALMUD, Deceased, Appellant, v. LILLIAN BLACKMAN, etc., and Another, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

CHARLES L. MECKENBERG, as Trustee in Bankruptcy of the Estate of SAM SCHEINBLUM BUILDING CORPORATION, Appellant, v. T. H. FRASER MORTGAGE CORPORATION and FAIRFIELD HOMES, INC., Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

FAITH G. SEVERANCE, Respondent, v. HAROLD C. SEVERANCE, Appellant.— Motion to resettle order, motion for leave to appeal to the Court of Appeals, and motion to broaden the " without prejudice " clause in decision denied on the merits. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

TITLE GUARANTEE AND TRUST COMPANY, Respondent, v. 457 SCHENECTADY AVENUE, INC., and Others, Defendants. In the Matter of the Application of NEW YORK WATER SERVICE CORPORATION, Appellant, for Leave to Shut Off the Supply of Water at No. 457 Schenectady Avenue, Brooklyn, N. Y., for the Non-payment of Its Water Bills, etc. EDWARD WARD McMAHON, as Receiver, etc., Respondent.— Motion to resettle order dated May 20, 1932, granted. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ. [See 235 App. Div. 509.]

283 EASTCHESTER ROAD, INC., Respondent, v. ELLA VAN DEUSEN and FREDERICK VAN DEUSEN, Appellants, and Others, Defendants. — In view of the decision in *283 Eastchester Road, Inc.*, v. *Van Deusen (post,* p. 687), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.